| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | DARREN J. ROBBINS (168593) |
|   | RANDALL J. BARON (150796) |
| 3 | A. RICK ATWOOD, JR. (156529) |
|   | STEPHEN J. ODDO (174828) |
| 4 | DAVID T. WISSBROECKER (243867) |
|   | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
|   | darrenr@lerachlaw.com |
| 7 | ricka@lerachlaw.com |
|   | steveo@lerachlaw.com |
| 8 | dwissbroecker@lerachlaw.com |
| 9 | ROBBINS UMEDA & FINK, LLP |
|   | BRIAN J. ROBBINS (190264) |
| 10 | CAROLINE A. SCHNURER (206088) |
|   | 610 West Ash Street, Suite 1800 |
| 11 | San Diego, CA  92101 |
|   | Telephone:  619/525-3990 |
| 12 | 619/525-3991 (fax) |
|   | brobbins@ruflaw.com |
| 13 | cschnurer@ruflaw.com |
| 14 | Co-Lead Counsel for Plaintiff |

15                     UNITED STATES DISTRICT COURT

16                    SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re PETCO ANIMAL SUPPLIES, INC. SHAREHOLDER LITIGATION | ) ) ) | No. 3:07-cv-00602-BEN-WMC |
|  | ) | CLASS ACTION |
|  | ) |  |
| This Document Relates To: | ) ) | DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF MOTION TO REMAND |
|    ALL ACTIONS. | ) ) | ACTION TO STATE COURT |
|  |  | DATE:     June 11, 2007 |
|  |  | TIME:     10:30 a.m. |
|  |  | CTRM:    The Hon. Roger T. Benitez |

1  I, DARREN J. ROBBINS, declare as follows:

2  1.  I am an attorney duly licensed to practice before all of the courts of the State of California and before this Court. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

Exhibit A:  Letter from Stephen J. Oddo to Timothy R. Pestotnik, dated March 27, 2007;

Exhibit B:  Email chain between Stephen J. Oddo and Timothy R. Pestotnik, dated March 27, 2007;

Exhibit C:  Email chain between Stephen J. Oddo and Timothy R. Pestotnik, dated March 27, 2007 to March 30, 2007;

Exhibit D:  Email chain between Stephen J. Oddo and Timothy R. Pestotnik, dated March 27, 2007 to April 2, 2007;

Exhibit E:  *Fink v. Venture Catalyst, Inc.*, No. 02 CV 1283, Order Granting Plaintiff's Motion to Remand (S.D. Cal. Sept. 23, 2002);

Exhibit F:  *Stewart v. Travers*, No. 03CV2125, Order Granting Plaintiff's Motion to Remand (S.D. Cal. Feb. 10, 2003);

Exhibit G:  *In re CrossWorlds Software, Inc. S'holder Litig.*, No. C02-01249, Order Granting Plaintiffs' Motion to Remand to State Court (N.D. Cal. June 21, 2002); and

Exhibit H:  S. Rep. No. 105-182 (May 4, 1998).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 3rd day of May, 2007, at San Diego, California.

s/DARREN J. ROBBINS
DARREN J. ROBBINS

S:\CasesSD\PETCO State\dec00041586.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 3, 2007.

    s/DARREN J. ROBBINS
DARREN J. ROBBINS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:DarrenR@lerachlaw.com

# Mailing Information for a Case 3:07-cv-00602-BEN-WMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter H Benzian**
  peter.benzian@lw.com terri.fife@lw.com

- **Timothy R Pestotnik**
  tim@tprglaw.com emma@tprglaw.com

- **Darren Jay Robbins**
  e_file_sd@lerachlaw.com

- **Richard Mark Segal**
  richard.segal@pillsburylaw.com charles.sandlin@pillsburylaw.com

- **Jesse T Travis**
  jesse.travis@wilmerhale.com

- **John A Valentine**
  John.Valentine@wilmerhale.com

- **Eric S Waxman**
  ewaxman@skadden.com mcouchoi@skadden.com;avelkes@skadden.com

- **Andrew B Weissman**
  Andrew.Weissman@wilmerhale.com abwman@starpower.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)